IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

GABRIEL BANE and MICHAEL LARSEN,

    Plaintiff,

v.

WYNNE TRANSPORT SERVICE, INC.

    Defendant.

## NOTICE OF REMOVAL

    Defendant Wynne Transport Service, Inc., by and through its undersigned counsel, Paul T. Yarbrough and Robert A. Weiner of the law firm of Hall & Evans, LLC, hereby submits the following Notice of Removal of the above-captioned action from the City and County of Denver District Court, Colorado to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Fed. R. Civ. P. 81(c), stating as follows:

    1.    This case arises out of an alleged motor vehicle accident involving the Plaintiffs and Defendant Wynne Transport service. Plaintiffs individually claim personal injuries. This case is removable pursuant to 28 U.S.C. § 1441 because the United States District Court for the District of Colorado has diversity jurisdiction under 28 U.S.C. § 1441, 1446, and 1332.  Federal courts have diversity jurisdiction in lawsuits between citizens of different states where the amount in controversy exceeds $75,000, exclusive of interest and costs.  28 U.S.C. § 1332.

## A. Diversity of Citizenship

2. There is complete diversity of citizenship between Plaintiff and Defendants.

3. Plaintiff, Gabriel Bane, is a citizen of the Commonwealth of Virginia. *See Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983) ("For purposes of diversity jurisdiction, under 28 U.S.C. § 1332(a)(1), state citizenship is the equivalent of domicile"). Plaintiff Bane is domiciled in Virginia.

4. Plaintiff Michael Larsen is a citizen of Colorado.

5. The Defendant entity identified in the Complaint **(Exhibit B)**, Wynne Transport Service Inc., is a citizen of Nebraska. It is a Nebraska Corporation with a principal place of business of 2222 N. 11th Street Omaha Nebraska, 68110. "[A] corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 20 U.S.C. § 1332(c).

## B. Amount in Controversy

6. Plaintiff admits the amount in controversy exceeds $100,000 in the Civil Cover Sheet submitted in the State Court **(Exhibit A)**. *See Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272–73 (10th Cir. 2016)(holding that, for the purpose of evaluating the amount in controversy, the "[Civil Case Cover Sheet] is at least properly considered an 'other paper' under § 1446(b)(3)").

**C. Procedural Requirements**

7.     Defendant has complied with all of the requirements of 28 U.S.C. § 1446 and D.C.Colo.LCivR. 81.1.[1]

8.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being served within thirty days after service upon all of the Defendants. Defendant was served on July 22, 2022.

9.     A copy of this Notice of Removal will be filed with the State Action and served upon Plaintiff's counsel.

10.    Pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LCiv.R. 81.1(b), copies of the following process, pleadings, and orders that were served upon Defendants or filed in the state court action are attached as follows:

>    **Exhibit A**     Civil Case Cover Sheet
>
>    **Exhibit B**     Complaint
>
>    **Exhibit C**     Summons to Wynne Transport Service Inc.
>
>    **Exhibit D**     Delay Prevention Order
>
>    **Exhibit E**     State Court Civil Docket

11.    Pursuant to D.C.Colo.LCivR 81.1, Defendant states that no hearings or motions are pending, nor has any trial been set in the state court action.

---

[1] Defendant is not required to obtain consent from the non-served Defendant. *Godley v. Valley View State Bank*, Civil Action No. 99-2531-GTV, 2000 U.S. Dist. LEXIS 11076, *3-4 (D. Kan. July 6, 2000) (citing *McShares v. Barry*, 979 F. Supp.1338, 1342 (D. Kan. 1997)).

Respectfully submitted this 26th day of August, 2022.

        HALL & EVANS, LLC


        *s/ Robert A. Weiner*
        Paul T. Yarbrough
        Robert A. Weiner
        1001 17th Street, Suite 300
        Denver, CO  80202
        Phone:  (303) 628-3300
        Fax:  (303) 628-3368
        yarbroughp@hallevans.com
        weinerr@hallevans.com
        *Counsel for Defendant*
        *Wynne Transport Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2022, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed with the Court and served on the below-listed parties via email and U.S. Mail:

Daniel J. Caplis, #13171
Michael P. Kane, #34878
Amy Ferrin, #39310
THE DAN CAPLIS LAW FIRM, LLC
Plaza Tour One Penthouse
6400 S. Fiddlers Green Circle, Suite 2200
Greenwood Village, CO 80111
*Counsel for Plaintiff*

*s/ Elizabeth Miller*
Legal Assistant, Hall & Evans, LLC